NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE TARGET TRAINING INTERNATIONAL, LTD.**

---

2014-1201

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 90/011,434.

---

**JUDGMENT**

---

EDMUND J. SEASE, McKee, Voorhees & Sease, P.L.C., of Des Moines, Iowa, argued for appellant. With him on the brief was CHRISTINE LEBRÓN-DYKEMAN.

MEREDITH H. SCHOENFELD, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were NATHAN K. KELLEY, Solicitor, SCOTT C. WEIDENFELLER, Senior Counsel for Patent Law & Litigation, and JOSEPH MATAL, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* REYNA and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  September 16, 2014        /s/  Daniel  E.  O'Toole
        Date                 Daniel E. O'Toole
                                      Clerk of Court